**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────

**No. 01-6418**

─────────

UNITED STATES OF AMERICA,

Plaintiff -Appellee,

versus

COVEY RONNELL ANDREWS,

Defendant - Appellant.

─────────

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. Robert E. Payne, District Judge. (CR-97-59, CA-00-635)

─────────

Submitted: May 17, 2001        Decided: May 29, 2001

─────────

Before WIDENER, NIEMEYER, and MICHAEL, Circuit Judges.

─────────

Dismissed by unpublished per curiam opinion.

─────────

Covey Ronnell Andrews, Appellant Pro Se. S. David Schiller, OFFICE OF THE UNITED STATES ATTORNEY, Richmond, Virginia, for Appellee.

─────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Covey Ronnell Andrews seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2000) (and alternatively filed as a writ of error coram nobis or Fed. R. Civ. P. 60(b)). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal substantially on the reasoning of the district court.[*] <u>United States v. Andrews</u>, Nos. CR-97-59; CA-00-635 (E.D. Va. Mar. 8, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>

---

[*] We recently held in <u>United States v. Sanders</u>, ___ F.3d ___, 2001 WL 369719 (4th Cir. Apr. 13, 2001) (No. 00-6281), that the new rule announced in <u>Apprendi v. New Jersey</u>, 530 U.S. 466 (2000), is not retroactively applicable to cases on collateral review. Accordingly, Appellant's <u>Apprendi</u> claim is not cognizable.